**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for JULYA SAWATSKY, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULYA SAWATSKY,<br><br>             Plaintiff,<br><br>vs.<br><br>CARL'S JR. RESTAURANTS LLC, a Delaware limited liability company, d/b/a CARL'S JR.; HERMAN FOFADO, an individual, d/b/a CARL'S JR.; MIGUEL JARA, an individual, a/k/a MIGUEL E. JARA, JR.; and DOES 1-10, inclusive,<br>             Defendants. | **Case No. 5:15-CV-2621 BLF**<br><br>*Civil Rights*<br><br>**STIPULATION AND REQUEST BY THE PARTIES FOR AN ORDER MODIFYING GENERAL ORDER 56 TO EXTEND THE DEADLINE FOR THE PARTIES' JOINT SITE INSPECTION; AND [PROPOSED] ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between Plaintiff JULYA SAWATSKY ("Plaintiff") and Defendant CARL'S JR. RESTAURANTS, LLC ("Defendant") that the deadline for a joint inspection be continued to, but no later than, November 15, 2015.

   Pursuant to General Order 56, Plaintiff served Defendant within the required 63 day time period. Defendant filed its answer on July 13, 2015. To accommodate the parties and their respective counsel's schedules, the parties request leave to extend the deadline for the joint inspection to no later than November 15, 2015 and all subsequent deadlines of General Order 56 to be modified accordingly.

The parties are hopeful that the joint inspection will assist them in resolving the issue of injunctive relief.

Date: September 22, 2015             By */s/ James R. Hawley*
                                     James R. Hawley, Attorney for Defendant
                                     CARL'S JR. RESTAURANTS LLC


Dated: September 18, 2015            By */s/ Irene Karbelashvili*
                                     Irene Karbelashvili, Attorney for Plaintiff
                                     RICHARD C. HENNING


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on September 22, 2015, I, Irene Karbelashvili, received the concurrence of James R. Hawley, Esq. in the filing of this document

                                     By:   */s/ Irene Karbelashvili*
                                           IRENE KARBELASHVILI

**[PROPOSED] ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the deadline for conducting the joint inspection under General Order 56 is modified so that the deadline is extended to no later than November 15, 2015 and all subsequent deadlines of General Order 56 to be modified accordingly.

IT IS SO ORDERED

Dated: September __G__, 2015

Hon. Beth Labson Freeman
United States District Judge