| | |
|---|---|
| 1 | **LAW OFFICE OF IRENE KARBELASHVILI** |
| 2 | Irene Karbelashvili, State Bar Number 232223 |
|   | Irakli Karbelashvili, State Bar Number 302971 |
| 3 | 12 South First Street, Suite 413 |
| 4 | San Jose, CA 95113 |
|   | Telephone: (408) 295-0137 |
| 5 | Fax: (408) 295-0142 |
| 6 | Attorneys for JULYA SAWATSKY, Plaintiff |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULYA SAWATSKY, | Case No. 5:15-CV-2621 BLF |
| Plaintiff, | *Civil Rights* |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| CARL'S JR. RESTAURANTS LLC, a Delaware limited liability company, d/b/a CARL'S JR.; HERMAN FOFADO, an individual, d/b/a CARL'S JR.; MIGUEL JARA, an individual, a/k/a MIGUEL E. JARA, JR.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff JULYA SAWATSKY ("Plaintiff") and Defendant CARL'S JR. RESTAURANTS LLC, a Delaware limited liability company, d/b/a CARL'S JR., by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure §§ 41(a)(1)(ii) and (2). Plaintiff filed this lawsuit on June 11, 2015. Defendant CARL'S JR. RESTAURANTS LLC, who has answered the

1  complaint, agrees to the dismissal with prejudice.

2  Defendants HERMAN FOFADO, an individual, d/b/a CARL'S JR.; and MIGUEL JARA, an individual, a/k/a MIGUEL E. JARA, JR., have not appeared in this lawsuit. Plaintiff hereby gives notice of voluntary dismissal with prejudice against HERMAN FOFADO, an individual, d/b/a CARL'S JR.; and MIGUEL JARA, an individual, a/k/a MIGUEL E. JARA, JR.,

Plaintiff and Defendant CARL'S JR. RESTAURANTS LLC further stipulate that each side shall pay its own attorneys' fees and costs.

This case is not a class action, and no receiver has been appointed.

Wherefore, Plaintiff and Defendant CARL'S JR. RESTAURANTS LLC, by and through their attorneys of record, so stipulate.


DATED: December 1, 2015    By: __/s/Irene Karbelashvili__
                                IRENE KARBELASHVILI
                                Attorney for Plaintiff JULYA SAWATSKY


DATED: December 2, 2015    By: __/s/ James R. Hawley__
                                JAMES R. HAWLEY, Attorney for CARL'S JR.
                                RESTAURANTS LLC


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on December 2, 2015, I, Irene Karbelashvili, received the concurrence of James R. Hawley, Esq. in the filing of this document

                           By:      __/s/ Irene Karbelashvili__
                                    IRENE KARBELASHVILI

1 **[PROPOSED] ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3  1. The complaint against Defendants is dismissed with prejudice.

4  2. Each side shall pay its own attorneys' fees and costs.

7 Dated:                                               _____
                                                    Hon. Beth Labson Freeman, United States
8                                                   District Judge